Gayle E. Mills  
Chapter 7 Trustee  
P.O. Box 36317  
Tucson, AZ 85740  
(520) 628-7777

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA
## TUCSON

| | |
|---|---|
| IN RE:<br>WILLIAMS JR., HERBERT G<br>WILLIAMS, AMANDA<br>aka, ANDERSON, AMANDA RICHARDS<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 08-16976TUC JMM<br><br>JUDGE JAMES M. MARLAR |

## ORDER APPROVING PAYMENT OF ADMINISTRATIVE FEES AND EXPENSES

I, Gayle E. Mills, herein having filed the Trustee's Final Report and Application for Compensation and Reimbursement of Expenses and, if required, due notice thereof having been given:

IT IS ORDERED that the following fees and expenses are approved and shall be paid by the trustee in the following amounts:

| | |
|---|---:|
| Trustee Expenses | $ 25.51 |
| Trustee Fees | $ 911.53 |
| **TOTAL:** | **$ 937.04** |

DATE: _____      _____

UNITED STATES BANKRUPTCY JUDGE